IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATE LIVERMORE, a minor, by his
mother and guardian TARA TUCHEL,

    Plaintiff,

v.

CITY OF HUDSON, ST. CROIX COUNTY,
ST. CROIX SHERIFF'S DEPARTMENT,
JOSHUA STENSETH, individually and in his capacity
as an officer of the St. Croix County Sheriff's Department,
and DANIEL C. CHRISTENSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-524-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing without prejudice plaintiff Nate Livermore's state law claims against defendant Daniel Christenson.

_____       10/26/11
Peter Oppeneer, Clerk of Court                               Date